ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Assist Consultants Inc. | ) | ASBCA Nos. 61525, 61613, 62090 |
| | ) | |
| Under Contract No. W912ER-18-C-0009 | ) | |

APPEARANCES FOR THE APPELLANT:  Lee-Ann C. Brown, Esq.
Douglas L. Patin, Esq.
Sabah K. Petrov, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Rebecca L. Bockmann, Esq.
Matthew Tilghman, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  October 25, 2022

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61525, 61613, 62090, Appeals of Assist Consultants Inc., rendered in conformance with the Board's Charter.

Dated: October 26, 2022

_for Tammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals